Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 333055
Phone: (754) 444-7539

*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **AMANDEEP PALLAN**, | Case No.: **2:25-cv-00046-JDP** |
| Plaintiff, | |
| vs. | **Hon. Magistrate Judge Jeremy D. Peterson** |
| **4 PILLAR CONSULTING, LLC** | |
| Defendant. | **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Amandeep Pallan, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal of the above-styled action. Plaintiff's individual claims against Defendant are dismissed *with* Prejudice. The claims of the putative class members are dismissed *without* prejudice. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

1
Notice of Voluntary Dismissal

Dated: February 28, 2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470